UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT **1 0** 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. |
| RAYMOND HOUSE, | ) ) ) | 4:19CR853 SRC/SPM |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John Bird, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

2. According to St. Louis Metropolitan Police Department (SLMPD) Complaint Number 19-041246, on August 22, 2019 at approximately 8:45 PM, officers on routine patrol observed a Volkswagen Passat being operated with Illinois license plates registered to a different motor vehicle. The officers conducted a traffic stop on the vehicle. Defendant was the driver; a male D.A. was the front passenger. While speaking with the occupants, the officers noticed the smell of marijuana emanating from the vehicle. The officers requested both Defendant and the front passenger to exit the car. While Defendant was exiting, the officer observed one Romania/Cugir make, Mini Draco model, 7.62x39mm caliber, semi-automatic pistol with a fifty (50) round drum magazine between the center console and driver's seat. The firearm was seized and found to

contain thirty-nine live rounds of ammunition. A Del-Ton Inc. make, .223 Rem caliber, semi-automatic pistol loaded with twenty-five rounds of ammunition was found between the front passenger's feet. A further search of the vehicle revealed a quantity of marijuana.

3. Defendant has several prior felony convictions, to include: Stealing a Motor Vehicle (11 counts) from St. Louis County, Missouri, in Cause Number 2103R-4768A; Unlawful Use of a Weapon-Carrying a Concealed Weapon from St. Louis County, Missouri, in Cause Number 2105R-5040; Tampering 1st degree from St. Louis County, Missouri, in Cause Number 2105R-5464; Felon in Possession of a Firearm from the Eastern District of Missouri in Cause Number 4:11 CR 114 CEJ; and Robbery 1st degree from St. Louis County, Missouri, in Cause Number 15SL-CR4816. It appears Defendant was on supervision for Robbery 1st degree under Cause Number 15SL-CR4816 at the time of this incident.

4. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against Defendant, the Defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney
 *s/ John Bird*
JOHN BIRD, #37802MO
Assistant United States Attorney